UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 21-20497-CR-MARTINEZ/BECERRA

UNITED STATES OF AMERICA,

vs.

JORDAN ALEXANDER EWERS

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS MATTER came before the Court on Defendant's Motion to Suppress [DE: 18]. The matter was referred to the Honorable Jacqueline Becerra, United States Magistrate Judge, for a Report and Recommendation [DE: 21]. After an evidentiary hearing, Magistrate Judge Becerra filed a Report and Recommendation [DE: 35], recommending that Defendant's Motion to Suppress be DENIED. This Court has reviewed the entire file and record, has made a *de novo* review of the issues, and is otherwise fully advised in the premises. Accordingly, after careful consideration, it is hereby:

**ADJUDGED** that United States Magistrate Judge Becerra's Report and Recommendation [DE: 35] is **AFFIRMED** and **ADOPTED** in its entirety. Accordingly, it is:

    **ADJUDGED** that Defendant's Motion to Suppress [DE: 18] is **DENIED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 10 day of May, 2022.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record